DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

EDWARD ARTHUR KRAUS, *Cal. Bar No.:162043*
SILICON VALLEY LAW GROUP
One North Market Street, Suite 200
San Jose, CA 95113
Tel: 408-573-5700 / Fax: 408-573-5701
Email: ekraus@svlg.com

*Attorney for Defendants*: **Jong Sik Chin, and, Hae Suk Chin**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, | Case No.: 4:20-cv-07033-YGR |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATED DISMISSAL WITH PREJUDICE** |
| **JONG SIK CHIN,** as an individual and doing business as "Daves Grocery & Liquor", **HAE SUK CHIN,** as an individual and doing business as "Daves Grocery & Liquor", and **DOES** 1-50, Inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs

and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  April 28th, 2021                               /s/Daniel Malakauskas_____
                                                                          By: Daniel Malakauskas, of,
                                                                          MALAKAUSKAS LAW, APC,
                                                                          Attorney for Plaintiff

Date:  April 28th, 2021                               /s/Edward Arthur Kraus_____
                                                                          By: Edward Arthur Kraus, of,
                                                                          SILICON VALLEY LAW GROUP,
                                                                          Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The Clerk shall close the case.

Date: May 7, 2021

                                                                          Yvonne Gonzalez Rogers
                                                                          United States District Judge